EXHIBIT# 1 - FameFlynet, Inc. v. JULEP BEAUTY, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 4 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10335545<br>Date Taken: 04/07/2014<br>Photo Description: Mila Kunis goes shopping.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: julep.com<br>URL: http://www.julep.com/blog/predict-mila-kunis-pregnant-girl/<br>Observed Date: 08/13/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 4** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10335545<br>Date Taken: 04/07/2014<br>Photo Description: Mila Kunis goes shopping.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: julep.com<br>URL: http://www.julep.com/blog/prediction-confirmed-mila-girl/<br>Observed Date: 08/14/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 4** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10335545<br>Date Taken: 04/07/2014<br>Photo Description: Mila Kunis goes shopping.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: julep.com<br>URL: http://www.julep.com/blog/author/heatherh/<br>Observed Date: 08/14/2014 |  |

EXHIBIT# 1 - FameFlynet, Inc. v. JULEP BEAUTY, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 4 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: FFN_Watson_Emma_FF2_RM_EXC_052514_51429743.jpg<br>Date Taken: 05/25/2014<br>Photo Description: Emma Watson graduates from Brown University.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: www.julep.com<br>URL: http://www.julep.com/blog/graduating-style-5-commencement-worthy-hairstyles/<br>Observed Date: 11/13/2014 |  |

x

04/17/2015 14:27:24